Lindsey H. Morales, Esq.
State Bar No. 11519
Justin T. Grim, Esq.
State Bar No. 12588
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 444-3103
*Attorney for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

*****

| | |
|---|---|
| OSCAR S. CABRERA,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NA,<br><br>Defendants. | Case No.: 2:19-cv-00374-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Oscar S. Cabrera (hereafter "Plaintiff") through his attorney David H. Krieger, Esq., and Lindsey H. Morales, Esq. attorney for Defendant JPMorgan Chase Bank, N.A., (hereafter "Chase") that Defendant Chase may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have agreed to extend Defendant's time to respond. Defendant may answer or otherwise respond to Plaintiff's Complaint on or before June 10, 2019.

/ / /

/ / /

/ / /

/ / /

-1-

The parties further agree that good cause exists for this extension.  The amended response deadline allows Defendant to continue investigating the matter and for the parties to continue their productive discussions regarding the dispute.

Signed this  9th  day of  May      , 2019         Signed this  9th  day of    May       , 2019

McCALLA RAYMER LEIBERT PIERCE, LLP

By: */s/ Lindsey H. Morales*          By: */s/ David H. Krieger*
Lindsey H. Morales, Esq.                David H. Krieger, Esq.
Nevada Bar No. 11519                    Nevada Bar No. 9086
McCalla Raymer Leibert Pierce, LLP      Haines & Krieger, LLC
1635 Village Center Circle, Ste. 130    8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89134                 Henderson, NV 89129
(702) 425-7267                          (702) 825-6060
*Attorney for Chase Bank, N.A.*         *Attorney for Plaintiff*

## **ORDER**

**IT IS ORDERED.**  Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before June 10, 2019.

Dated May 13, 2019

_____
United States Magistrate Judge

Submitted by:

*/s/ Lindsey H. Morales*
Lindsey H. Morales, Esq.
McCalla Raymer Liebert Pierce LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Lindsey.morales@mccalla.com